IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Curtis,<br><br>   Plaintiff,<br><br>v.<br><br>Michael J. Astrue,<br><br>   Defendant. | No. CV-12-396-TUC-JGZ<br><br>**ORDER** |

   Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge D. Thomas Ferraro that recommends that the District Court enter an Order affirming the Social Security Commissioner's decision to deny Plaintiff's claim for benefits. (Doc. 39.)

   A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

   The Court has reviewed the record and concludes that Magistrate Judge Ferraro's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir.1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

//

//

//

1  Accordingly, IT IS HEREBY ORDERED as follows:

2    1. Magistrate Judge Ferraro's Report and Recommendation (Doc. 39) is accepted and adopted;

4    2. This case is dismissed with prejudice;

5    3. The Clerk of the Court shall enter judgment accordingly.

6    Dated this 18th day of February, 2014.

*Jennifer Zipps*
Jennifer G. Zipps
United States District Judge